UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS, INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) |
| Plaintiff, | ) Case No. 3:17-cv-00969 |
| v. | ) ) The Hon. Vanessa L. Bryant ) |
| SUNBEAM PRODUCTS, INC., a Delaware corporation, and SYSCO GUEST SUPPLY, LLC, a Delaware limited liability company, | ) ) ) ) ) |
| Defendants. | ) |

### DEFENDANT SUNBEAM PRODUCTS, INC.'S
### MOTION FOR ADMISSION OF JOSEPH J. KRASOVEC III

Pursuant to Local Rule of 83.1(d), the undersigned hereby moves that Joseph J. Krasovec III be permitted to practice before this Court as a visiting lawyer in the above-captioned civil action on behalf of Defendant Sunbeam Products, Inc. In support of this motion, the undersigned represents as follows:

1. The undersigned is a member of the bar of this Court (No. ct23087) and is a partner of the law firm of BRENNER, SALTZMAN & WALLMAN LLP, 271 Whitney Avenue, New Haven, Connecticut 06511.

2. Joseph J. Krasovec III is a partner of the law firm of SCHIFF HARDIN LLP, 233 South Wacker Drive, Suite 7100, Chicago, Illinois 60606, Tel.: (312) 258-5500, Fax: (312) 258-5600, Email: jkrasovec@schiffhardin.com.

3. As the attached Affidavit of Joseph J. Krasovec III demonstrates, Attorney Joseph J. Krasovec III is a member in good standing of the following bars: (a) Illinois (Bar ID No. 6201456), (b) Colorado (Bar ID No. 22638), (c) U.S. District Court for the Northern District of Illinois (Trial Bar), (d) U.S. Court of

Appeals for the Seventh Circuit, (e) U.S. Court of Appeals for the Fifth Circuit, (f) U.S. Court of Appeals for the Eighth Circuit, (g) U.S. Court of Appeals for the Ninth Circuit, (h) U.S. District Court for the Northern District of Florida, (i) U.S. District Court for the Central District of Illinois, (j) U.S. District Court for the Southern District of Indiana, (k) U.S. District Court for the Eastern District of Michigan, (l) U.S. District Court for the Western District of Michigan, and (m) U.S. District Court for the Eastern District of Wisconsin, and there are currently no pending disciplinary complaints against Attorney Joseph J. Krasovec III as to which a finding has been made that such complaint should proceed to a hearing.

4. Based on the attached Affidavit, Attorney Joseph J. Krasovec III has never been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5. The granting of this motion will not require modification of any scheduling order entered by this Court pursuant to Fed. R. Civ. P. 16(b) or the deadlines established by the standing order on scheduling in civil cases.

WHEREFORE, the undersigned respectfully requests that, upon payment to the Clerk of the United States District Court for the District of Connecticut of the requisite seventy-five dollar fee ($75.00) for the admission of Attorney Joseph J. Krasovec III which is submitted herewith, the Court enter an order permitting Attorney Joseph J. Krasovec III to represent Defendant Sunbeam Products, Inc. in this civil action as a visiting lawyer.

|  |  |
|---|---|
| **Dated:  September 29, 2017** | **Respectfully submitted,**<br>**DEFENDANT**<br>**SUNBEAM PRODUCTS, INC.** |
|  | **By:  /s/ Sean M. Fisher** |
|  | **David R. Schaefer (ct04334)**<br>**Sean M. Fisher (ct23087)**<br>**BRENNER, SALTZMAN &**<br>**WALLMAN LLP**<br>**271 Whitney Avenue**<br>**New Haven, Connecticut 06511**<br>**Telephone:  (203) 772-2600**<br>**Facsimile:  (203) 562-2098**<br>**Email:  dschaefer@bswlaw.com**<br>**Email:  sfisher@bswlaw.com**<br><br>*Counsel for Defendant Sunbeam Products, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2017, a copy of the forgoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's CM/ECF system.

By: /s/ Sean M. Fisher
Sean M. Fisher (ct23087)

CH2\20127515.1\