UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS, INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons,<br><br>           Plaintiff,<br><br>   v.<br><br>SUNBEAM PRODUCTS, INC., a Delaware corporation, and SYSCO GUEST SUPPLY, LLC, a Delaware limited liability company,<br><br>           Defendants. | Case No. 3:17-cv-00969<br><br>The Hon. Vanessa L. Bryant |

### DEFENDANT SUNBEAM PRODUCTS, INC.'S
### MOTION FOR ADMISSION OF CHRISTOPHER A. NELSON

Pursuant to Local Rule of 83.1(d), the undersigned hereby moves that Christopher A. Nelson be permitted to practice before this Court as a visiting lawyer in the above-captioned civil action on behalf of Defendant Sunbeam Products, Inc. In support of this motion, the undersigned represents as follows:

1. The undersigned is a member of the bar of this Court (No. ct23087) and is a partner of the law firm of BRENNER, SALTZMAN & WALLMAN LLP, 271 Whitney Avenue, New Haven, Connecticut 06511.

2. Christopher A. Nelson is an associate at the law firm of SCHIFF HARDIN LLP, 233 South Wacker Drive, Suite 7100, Chicago, Illinois 60606, Tel.: (312) 258-5500, Fax: (312) 258-5600, Email: cnelson@schiffhardin.com.

3. As the attached Affidavit of Christopher A. Nelson demonstrates, Attorney Christopher A. Nelson is a member in good standing of the following bars: ((a) Illinois (Bar ID No. 6324410), (b) U.S. District Court for the Northern District of Illinois (General Bar), (c) U.S. Court of Appeals for the Seventh Circuit,

1

and (d) U.S. District Court for the Central District of Illinois, and there are currently no pending disciplinary complaints against Attorney Christopher A. Nelson as to which a finding has been made that such complaint should proceed to a hearing.

4. Based on the attached Affidavit, Attorney Christopher A. Nelson has never been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5. The granting of this motion will not require modification of any scheduling order entered by this Court pursuant to Fed. R. Civ. P. 16(b) or the deadlines established by the standing order on scheduling in civil cases.

WHEREFORE, the undersigned respectfully requests that, upon payment to the Clerk of the United States District Court for the District of Connecticut of the requisite seventy-five dollar fee ($75.00) for the admission of Attorney Christopher A. Nelson which is submitted herewith, the Court enter an order permitting Attorney Christopher A. Nelson to represent Defendant Sunbeam Products, Inc. in this civil action as a visiting lawyer.

Dated:  September 29, 2017			Respectfully submitted,
						DEFENDANT
						SUNBEAM PRODUCTS, INC.


						By:  /s/ Sean M. Fisher

						David R. Schaefer (ct04334)
						Sean M. Fisher (ct23087)
						BRENNER, SALTZMAN &
						WALLMAN LLP
						271 Whitney Avenue
						New Haven, Connecticut 06511
						Telephone:  (203) 772-2600
						Facsimile:  (203) 562-2098
						Email:  dschaefer@bswlaw.com
						Email:  sfisher@bswlaw.com

						*Counsel for Defendant Sunbeam Products, Inc.*

## **CERTIFICATE OF SERVICE**

**I hereby certify that on September 29, 2017, a copy of the forgoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's CM/ECF system.**

**By: /s/ Sean M. Fisher**
**Sean M. Fisher (ct23087)**

CH2\20127649.1