UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **GORSS MOTELS, INC.,**<br><br>    Plaintiff,<br><br>  vs.<br><br>**SUNBEAM PRODUCTS, INC.,** a Delaware corporation, and **SYSCO GUEST SUPPLY, LLC,** Delaware limited liability company,<br><br>    Defendants. | 3:17-cv-00969-VLB<br><br><br><br><br>NOVEMBER 21, 2017 |

### MOTION FOR ADMISSION OF KAITLIN M. MARSH-BLAKE *PRO HAC VICE*

Thomas C. Blatchley, counsel to defendant Sysco Guest Supply, LLC ("Sysco" or "Defendant") in the above-captioned matter and a member in good standing of the Bar of this Court, respectfully moves pursuant to D. Conn. L. Civ. R. 83.1(d) for the admission of Kaitlin M. Marsh-Blake, an attorney also with the law firm of Gordon & Rees LLP, as a visiting lawyer, *pro hac vice*, to serve as Defendant's counsel in the above-captioned action.  In support of this Motion, the undersigned represents as follows:

    1.    Ms. Marsh-Blake is an attorney at the law firm of Gordon & Rees LLP, the same law firm of the sponsoring attorney, Thomas C. Blatchley.  Ms. Marsh-Blake's' office address and contact information is as follows:

    Gordon & Rees LLP
    555 Seventeenth Street, Suite 3400
    Denver, CO  80202
    Phone: 303-200-6846

    **Fax: (303) 534-5161**
    **Email: kmarsh-blake@gordonrees.com**

  2. Ms. Marsh-Blake is a member of the Bars of the following Courts, with corresponding year of bar admission and bar registration numbers: Missouri (2013 – Registration No.: 66063), Kansas (2014 – Registration No.: 26462), Colorado (2017 – Registration No.: 50592).  She is also licensed to practice in the following federal jurisdictions, with corresponding year of bar admission: United States District Court, District of Kansas (2014), United States District Court, Western District of Missouri (2014), United States District Court, District of Colorado (2017).   Ms. Marsh-Blake has never been a member of the Bar of any other Court.

  3. Ms. Marsh-Blake has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

  4. Ms. Marsh-Blake has not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

  5. Ms. Marsh-Blake has fully reviewed and is familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

  6. Ms. Marsh-Blake has designated the undersigned sponsoring attorney Thomas C. Blatchley, with an office address of Gordon & Rees LLP, 95 Glastonbury Boulevard, Suite 206, Glastonbury, Connecticut 06033, as his agent

for service of process and all papers, and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission. The undersigned sponsoring attorney is a member in good standing of the Bar of the State of Connecticut (Bar No.: 421851) and the United States District Court for the District of Connecticut (Bar No.: ct25892).

7. Upon admission under D. Conn. L. Civ. R. 83.1(d), Ms. Marsh-Blake agrees to promptly file with the Clerk of this Court a certificate of good standing from the State of Colorado, the court of the state in which she has her primary office.  Ms. Marsh-Blake agrees to file such certificate of good standing no later than sixty (60) days after the date of admission.

8. Attached hereto as <u>Exhibit A</u> is the duly sworn and executed Affidavit of Kaitlin M. Marsh-Blake, as required under D. Conn. L. Civ. R. 83.1(d). Payment in the amount of $75.00 necessary to cover the fee required under the Local Rules for admission of Kaitlin M. Marsh-Blake as a visiting lawyer, *pro hac vice*, is hereby made to this Court.

9. Plaintiff's counsel consents to this motion.

10. WHEREFORE, the undersigned, on behalf of Defendant Sysco Guest Supply, LLC, respectfully requests that the Court grant the Motion for Admission of Kaitlin M. Marsh-Blake Pro Hac Vice.

Respectfully submitted,

**DEFENDANT,
SYSCO GUEST SUPPLY, LLC**

BY _____
Thomas C. Blatchley (ct25892)
Gordon & Rees LLP
95 Glastonbury Blvd., Ste. 206
Glastonbury, CT 06033
Phone: (860) 494-7525
Fax: (860) 560-0185
Email: tblatchley@grsm.com
Its Attorney

**CERTIFICATION OF SERVICE**

      I hereby certify that on November 21, 2017, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

BY  _____
      Thomas C. Blatchley (ct25892)
      Gordon & Rees LLP
      95 Glastonbury Blvd., Ste 206
      Glastonbury, CT 06033
      Phone: (860) 494-7525
      Fax: (860) 560-0185
      Email: tblatchley@grsm.com
      Its Attorney