UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS, INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) ) Civil Action No. 3:17-cv-00969 |
| Plaintiff, | ) ) **CLASS ACTION** |
| v. | ) ) |
| SUNBEAM PRODUCTS, INC., a Delaware corporation, and SYSCO GUEST SUPPLY, LLC, Delaware limited liability company, | ) ) ) ) |
| Defendants. | ) |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff, Gorss Motels Inc., and Defendants, SUNBEAM PRODUCTS, INC. and SYSCO GUEST SUPPLY, LLC, LLC, by and through their undersigned counsels, hereby stipulate to the dismissal of Defendant SUNBEAM PRODUCTS INC. without prejudice.  The case remains pending against Defendant, SYSCO GUEST SUPPLY, LLC.  Each party shall bear its own fees and costs with respect to the claims brought against SUNBEAM PRODUCTS, INC.

**Plaintiff, GORSS MOTELS, INC.:**

 /s/  Ryan M. Kelly                                                  /s/ Aytan Y. Bellin
Ryan M. Kelly (ct 30230)                                Aytan Y. Bellin ( ct 28454)
ANDERSON + WANCA                                    BELLIN & ASSOCIATES
3701 Algonquin Road, Suite 500                   85 Miles Avenue
Rolling Meadows, IL  60008                           White Plains, NY 10606
Telephone:  847/368-1500                              Telephone: 914/345-5345
Email: rkelly@andersonwanca.com                Email: aytan.bellin@bellinlaw.com

Case 3:17-cv-00969-VLB   Document 63   Filed 06/25/18   Page 2 of 3

**Defendant, SUNBEAM PRODUCTS, INC.**

s/ Lawrence H. Heftman   (with permission)
Joseph J. Krasovec (phv09263)
Lawrence H. Heftman (phv09267)
Christopher A. Nelson (phv09264)
SCHIFF HARDIN LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600
Email: jkrasovec@schiffhardin.com
Email: lheftman@schiffhardin.com
Email: cnelson@schiffhardin.com

David R. Schaefer (ct04334)
Sean M. Fisher (ct23087)
BRENNER, SALTZMAN & WALLMAN LLP
271 Whitney Avenue
New Haven, CT 06511
Telephone: (203) 772-2600
Facsimile: (203) 562-2098
Email: dschaefer@bswlaw.com
Email: sfisher@bswlaw.com

**Defendant, SYSCO GUEST SUPPLY, LLC**

/s/  Thomas C. Blatchley (with permission)
Thomas C. Blatchley (ct25892)
GORDON & REES LLP
95 Glastonbury Blvd., Ste. 206
Glastonbury, CT 06033
Telephone: (860) 278-7448
Facsimile: (860) 560-0185
Email: tblatchley@gordonrees.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/ Ryan M. Kelly