# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

GORSS MOTELS, INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons,

    Plaintiff,

vs.

SYSCO GUEST SUPPLY, LLC, a Delaware corporation, and JOHN DOES 1-5,

    Defendant.

3:16-cv-01911-VLB

FEBRUARY 24, 2017

---

### INITIAL DISCLOSURES OF DEFENDANT SYSCO GUEST SUPPLY, LLC

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendant Sysco Guest Supply, LLC ("Sysco"), hereby serves and makes the following disclosures:

A. **The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

The following individuals are likely to have discoverable information that Sysco may use to support its defenses:

1. Steven Gorss, President of Plaintiff Gorss Motels, Inc. Mr. Gorss presumably may be contacted through counsel of record for Plaintiff Gorss Motels, Inc. He is presumed to have information related to the faxes Gorss Motels, Inc. allegedly received, the damages purportedly suffered by Gorss Motels, Inc. as set forth in Plaintiff's Complaint, and any and all agreements between Gorss Motels, Inc. and Wyndham Worldwide Corporation, Wyndham Hotel Group, LLC, Super 8 Worldwide, Inc., and/or any of their affiliates. Mr. Gorss also is likely to have information regarding Gorss Motels, Inc.'s consent to receive advertising communications from approved vendors of Wyndham Worldwide Corporation, Wyndham Hotel Group, LLC, Super 8 Worldwide, Inc., and/or any of their affiliates.

1

2. Patricia Gorss, Secretary of Plaintiff Gorss Motels, Inc. Ms. Gorss presumably may be contacted through counsel of record for Plaintiff Gorss Motels, Inc. She is presumed to have information related to the faxes Gorss Motels, Inc. allegedly received, the damages purportedly suffered by Gorss Motels, Inc. as set forth in Plaintiff's Complaint, and any and all agreements between Gorss Motels, Inc. and Wyndham Worldwide Corporation, Wyndham Hotel Group, LLC, Super 8 Worldwide, Inc., and/or any of their affiliates. Ms. Gorss also is likely to have information regarding Gorss Motels, Inc.'s consent to receive advertising communications from approved vendors of Wyndham Worldwide Corporation, Wyndham Hotel Group, LLC, Super 8 Worldwide, Inc., and/or any of their affiliates.

3. Michael Piccola, Senior Vice President, Super 8 Worldwide, Inc. Mr. Piccola may have knowledge regarding agreements between Gorss Motels, Inc. and Wyndham Worldwide Corporation, Wyndham Hotel Group, LLC, Super 8 Worldwide, Inc., and/or any of their affiliates. He also may have information regarding Gorss Motels, Inc.'s consent to receive advertising communications from approved vendors of Wyndham Worldwide Corporation, Wyndham Hotel Group, LLC, Super 8 Worldwide, Inc., and/or any of their affiliates.

4. Fiona Beetar, Director, Marketing Communications, Wyndham Worldwide Corporation. Ms. Beetar may have knowledge regarding agreements between Gorss Motels, Inc. and Wyndham Worldwide Corporation, Wyndham Hotel Group, LLC, Super 8 Worldwide, Inc., and/or any of their affiliates. He also may have information regarding Gorss Motels, Inc.'s consent to receive advertising communications from approved vendors of Wyndham Worldwide Corporation, Wyndham Hotel Group, LLC, Super 8 Worldwide, Inc., and/or any of their affiliates.

5. Gary Bradley, Regional Vice President, Sysco Guest Supply, LLC. Mr. Bradley may have knowledge regarding the allegations set forth in Plaintiff's Complaint, as well as Sysco's defenses in this matter. He may be contacted through Sysco's counsel, Thomas C. Blatchley of Gordon & Rees Scully Mansukhani, LLP, 95 Glastonbury Boulevard, Suite 206, Glastonbury, CT 06033; Phone: (860) 494-7525.

6. Jennifer Mitchell, Customer Service Manager-Northeast Region, Sysco Guest Supply, LLC. Ms. Mitchell may have knowledge regarding the allegations set forth in Plaintiff's Complaint, as well as Sysco's defenses in this matter. She may be contacted through Sysco's counsel, Thomas C. Blatchley of Gordon & Rees Scully Mansukhani, LLP, 95 Glastonbury Boulevard, Suite 206, Glastonbury, CT 06033; Phone: (860) 494-7525.

7. Unknown individuals and Rule 30(b)(6) corporate designees at third-party customers of Convergent who have knowledge regarding individual accounts, applications, consents and debt collection practices.

8. Any person identified by Plaintiff in this matter.

9. Any person necessary to produce, identify, or authenticate any document.

10. Any person necessary for impeachment or rebuttal.

11. This disclosure may be supplemented and updated as discovery progresses.

The above disclosures do not constitute a concession by Sysco that the identified employees of Sysco may be deposed individually, in lieu of, or in addition to, a properly noticed deposition of one or more officers, directors, managing agents, or other persons designated by Sysco on particular topics as set forth in Rule 30(b)(6). Nor does the identification of the individual(s) and/or entities set forth in this section constitute a concession of the relevance or discoverability of any information said people may possess, or constitute a limitation on the scope of discovery in this case in any way.

**B.     A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

The following is a description by category of documents, electronically stored information, and tangible things Sysco has in its possession, custody, or control and may use to support its claims or defenses (excepting impeachment evidence):

1. Worldwide Sourcing Agreement between Sysco Guest Supply, LLC, Wyndham Worldwide Corporation, and Worldwide Sourcing Solutions, Inc.;

2. Communications between Sysco Guest Supply, LLC and Wyndham Worldwide Corporation regarding sourcing to Wyndham franchises, including to Gorss Motels, Inc.;

3. Gorss Motels, Inc. franchise agreement and Property Improvement Plan with Wyndham Worldwide Corporation, Wyndham Hotel Group, LLC, and Super 8 Worldwide, Inc.

4. Documents produced by Plaintiffs in connection with this litigation. Such documents are unknown at this time as they are within the possession, custody or control of Plaintiffs.

The foregoing disclosures of categories of documents are not intended to constitute and shall not constitute any concession by Sysco that any and all documents within said categories are ultimately relevant, discoverable or admissible at trial. Moreover, the description of said documents is not intended to constitute and is not a waiver of any protection from production that may be afforded to said documents, including but not limited to the attorney-client privilege and/or the work product doctrine. Because discovery is ongoing, Sysco reserves its right to amend this disclosure as

necessary to identify other documents Defendant deems necessary to support its claims and/or defenses.

C.     A computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

Other than the recovery of its attorneys' fees, costs, and expenses, Sysco does not seek to recover damages in this matter.

D.     For inspection and copying under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Sysco will provide for inspection a copy of any relevant insurance agreement it is able to locate.

Sysco expressly reserves the right to supplement any of these disclosures as additional information falling within the categories set forth above becomes available to it or which may be used by Sysco to support its claims or defenses.

Dated: February 24, 2017      DEFENDANT SYSCO GUEST SUPPLY, LLC

/s/ Thomas C. Blatchley
Thomas C. Blatchley (ct25892)
Gordon & Rees Scully Mansukhani, LLP
95 Glastonbury Boulevard, Suite 206
Glastonbury, CT 06033
Tel: (860) 278-7448
Fax: (860) 560-0185
tblatchley@gordonrees.com
Its Attorney

4

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2017, a copy of the foregoing was served, via email and first class mail, postage prepaid, to:

Plaintiff's Counsel:

Aytan Y. Bellin
Bellin & Associates LLC
85 Miles Avenue
White Plains, NY 10606
Email: aytan.bellin@bellinlaw.com

Brian J. Wanca
Ryan M. Kelly
Anderson & Wanca
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Email: bwanca@andersonwanca.com
Email: rkelly@andersonwanca.com

/s/ Thomas C. Blatchley