## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SYSCO GUEST SUPPLY, LLC,<br><br>　　　　　　　　Defendant. | Civil Action No. 3:17-cv-00969<br><br>**CLASS ACTION** |

### JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff in this action, Gorss Motels Inc., and Defendant, Sysco Guest Supply, LLC, by and through their undersigned counsel, hereby dismiss this action with prejudice as to Gorss Motels, Inc. only, without prejudice as to the members of the putative class, each party to bear its own fees and costs.

**Plaintiff, GORSS MOTELS, INC.:**　　　**Defendant, SYSCO GUEST SUPPLY, LLC**

/s/ Ryan M. Kelly　　　　　　　　　　　　/s/ Thomas C. Blatchley (with permission)
Ryan M. Kelly (ct 30230)　　　　　　　　Thomas C. Blatchley (ct25892)
ANDERSON + WANCA　　　　　　　　　GORDON & REES LLP
3701 Algonquin Road, Suite 500　　　　 95 Glastonbury Blvd., Ste. 206
Rolling Meadows, IL  60008　　　　　　 Glastonbury, CT 06033
Telephone:  847/368-1500　　　　　　　 Telephone: (860) 278-7448
Email: rkelly@andersonwanca.com　　　Facsimile: (860) 560-0185
　　　　　　　　　　　　　　　　　　　　Email: tblatchley@gordonrees.com

Aytan Y. Bellin ( ct 28454)
BELLIN & ASSOCIATES
85 Miles Avenue
White Plains, NY 10606
Telephone: 914/345-5345
Email: aytan.bellin@bellinlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 29, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                              /s/ Ryan M. Kelly